# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ANN MARIE DONIO**
U.S. MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
ONE JOHN F. GERRY PLAZA
ROOM 2010
P.O. BOX 850
CAMDEN, NJ 08101-0850
(856) 757-5211

August 15, 2008

## Electronically Filed

Michael D. Power, Esq.
Power & Associates, PC
One Greentree Centre
Suite 201
Marlton, NJ 08053

*Re:- Curtis v. Freightliner, LLC, et al.*
*Civil No. 06-3950-RMB-AMD*

Dear Mr. Power:

The Court is in receipt of a letter dated August 1, 2008 from the plaintiff, Steven G. Curtis, together with additional copies of the letter. The first page of the cover letter states that these documents are provided to plaintiff's counsel "via CRR & dlvrd" and to defense counsel "via this letter." However, the copies provided to the Court appear to be the copies for defense counsel.

Please advise whether copies of the submission have been served upon defense counsel. Please also note that as plaintiff is represented by counsel, submissions to the Court should be made by counsel of record.

Very truly yours,

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

AMD:slc
cc: Hon. Renée Marie Bumb
    All Counsel of Record